**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____    Chapter _11_

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition* for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dolphin Austral Holdings, S.A. de C.V. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | N/A |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | DAH181116A13 (Registro Federal de Contribuyentes [RFC]) |

4. **Debtor's address**

**Principal place of business**

Av. Banco Chinchorro, MZA 1, LT 7-02,
Number    Street

Local B, Supermanzana 13

Cancun, Quintana Roo, México C.P. 77504
City                                    State        ZIP Code

N/A
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                State        ZIP Code

5. **Debtor's website** (URL)    https://thedolphinco.com

*This petition has been prepared in accordance with currently available information and, if necessary, may be amended to the extent that new information becomes available.

| Debtor | Dolphin Austral Holdings, S.A. de C.V. | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7   1   3   1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                           MM / DD / YYYY

   District _____ When _____ Case number _____
                                           MM / DD / YYYY

---

Debtor   <u>Dolphin Austral Holdings, S.A. de C.V.</u>                    Case number *(if known)* _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  <u>See attached Schedule 1</u>                Relationship _____

District _____   When _____
                                                        MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  <u>See First Day Declaration</u>

**Where is the property?** _____
                          Number        Street

_____

_____        _____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor  <u>Dolphin Austral Holdings, S.A. de C.V.</u>
Name

Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** (on a consolidated basis) | ☐ $0–$50,000 ☐ $50,001–$100,000 ☐ $100,001–$500,000 ☐ $500,001–$1 million | ☐ $1,000,001–$10 million ☐ $10,000,001–$50 million ☐ $50,000,001–$100 million ☑ $100,000,001–$500 million | ☐ $500,000,001–$1 billion ☐ $1,000,000,001–$10 billion ☐ $10,000,000,001–$50 billion ☐ More than $50 billion |
| **16. Estimated liabilities** (on a consolidated basis) | ☐ $0–$50,000 ☐ $50,001–$100,000 ☐ $100,001–$500,000 ☐ $500,001–$1 million | ☐ $1,000,001–$10 million ☐ $10,000,001–$50 million ☐ $50,000,001–$100 million ☑ $100,000,001–$500 million | ☐ $500,000,001–$1 billion ☐ $1,000,000,001–$10 billion ☐ $10,000,000,001–$50 billion ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>03/31/2025</u>
MM  /  DD  /  YYYY

✖ /s/ Steven Robert Strom
_____
Signature of authorized representative of debtor

Steven Robert Strom
_____
Printed name

Title  <u>Authorized Person</u>

**18. Signature of attorney**

✖ /s/ Robert S. Brady
_____
Signature of attorney for debtor

Date  <u>03/31/2025</u>
MM  /  DD  /  YYYY

Robert S. Brady
_____
Printed name

Young Conway Stargatt & Taylor LLP
_____
Firm name

1000 North King Street
_____
Number    Street

Wilmington
_____
City

DE
_____
State

19801
_____
ZIP Code

302.571.6600
_____
Contact phone

rbrady@ycst.com
_____
Email address

2847
_____
Bar number

DE
_____
State

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético S.A. de C.V. |




Marco Antonio Vaca Vélez
Notaría 142 CDMX

PROTOCOLO ORDINARIO------------------------ MAVV/MLM/SAVR. -
LIBRO SETECIENTOS SESENTA Y TRES. ----------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y SEIS.** --------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. -------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en



este acto, hago constar: -------------------------------------
**A.- LA REMOCIÓN DE MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN;** --
**B.- EL NOMBRAMIENTO DE ADMINISTRADOR ÚNICO;** ----------------
**C.- LA REVOCACIÓN DE PODERES;** y --------------------------
**D.- EL OTORGAMIENTO DE PODERES** de **"DOLPHIN AUSTRAL HOLDINGS",
SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** que resultan de la
protocolización de acta de Asamblea General Ordinaria de
Accionistas, que realizo a solicitud de la señora MA. EUGENIA
SOBERANIS PÉREZ, al tenor de los siguientes antecedentes y
cláusulas: ---------------------------------------------------
- -----------------------------------------------------------
--------------------**A N T E C E D E N T E S** ------------------
- -----------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: --------------------------------------------------
- -----------------------------------------------------------
--- **I.- CONSTITUCIÓN.**---------------------------------------
--- Por escritura sesenta y dos mil quinientos veinte, de fecha
dieciséis de noviembre de dos mil dieciocho, ante el licenciado
Marco Antonio Sánchez Vales, Notario tres del Estado de Quintana
Roo, cuyo primer testimonio quedó inscrito en el Registro Público



- 2 -
33,556

de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil electrónico número "N" guion dos cero uno ocho cero nueve ocho tres tres tres**, se constituyó **"DOLPHIN AUSTRAL HOLDINGS", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, con domicilio en Cancún, Estado de Quintana Roo, duración de cincuenta años, capital social mínimo fijo de cien mil pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente: --------------------------------------------------

"...*CUARTA.- OBJETO SOCIAL.- La sociedad tendrá por objeto social, de manera enunciativa pero no limitativa, el siguiente: --*
*A.- LA ADQUISICIÓN, TENENCIA Y ENAJENACIÓN DE TODO TIPO DE ACCIONES O PARTES SOCIALES DE SOCIEDADES MERCANTILES, CIVILES, ASOCIACIONES Y CORPORACIONES DE LA NACIONALIDAD QUE FUERE. -------*
*B.- Desarrollar, organizar, dirigir, administrar, estudiar, promover e invertir en negocios, sociedades y empresas comerciales o de servicio en general. --------------------------*
*C.- Promover, representar, administrar, constituir, adquirir, enajenar y explotar directa o indirectamente todo tipo de sociedades, acciones o partes sociales, o negocios y realizar todo tipo de actividades comerciales. --------------------------*
*D.- Comprar, vender, dar y tomar en arrendamiento, subarrendamiento, administración, mantenimiento, construcción, supervisión toda clase de bienes muebles e inmuebles necesarios y convenientes para cumplir con el objeto social. -----------------*
*E.- Comprar, vender, fabricar, exportar e importar, así como comerciar en cualquier otra forma con toda clase de mercancías, ya sea directamente o como representante, agente o distribuidor. -*
*F.- Adquirir toda clase de bienes, derechos y obligaciones reales y personales, como objeto de enajenarlos, arrendarlos y realizar con ellos cualesquiera operaciones permitidas por la ley. --------*
*G.- Celebrar toda clase de convenios, contratos y actos con cualquier persona física o jurídica, privada o pública y obtener*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 3 -
33,556

y conceder toda clase de préstamos y créditos, con o sin garantía real o personal, así como contratos de garantía de obligaciones de terceros, con o sin contraprestación y constituir y participar en fideicomisos de cualquier tipo, como fideicomitente o fideicomisaria. ------------------------------------------------



H.- Contratar todo tipo de crédito, aceptar, otorgar, girar, emitir, endosar, avalar, cobrar, protestar, y en general, efectuar cualquier otro acto relacionado con los derechos y obligaciones que se deriven de toda clase de títulos y documentos de crédito, así como otorgar fianzas y obligaciones solidarias a favor de terceras personas, ya sean físicas o morales, de igual forma podré establecer agencias o sucursales en cualquier parte de la República Mexicana o en el extranjero.- ------------------



I.- Actuar como comisionista, mediador, agente o cualquier otra forma de representar en el país o en el extranjero a toda clase de personas, físicas o morales ya sean mexicanas o extranjeras. --

J.- Proporcionar y recibir toda clase de servicios, asesoría de carácter técnico administrativo de supervisión, de organización, mercadotecnia, investigación y desarrollo de ingenierías en general cualquier clase de servicios relacionados con las actividades industriales o comerciales de empresas, ya sea de la República Mexicana o del extranjero. ----------------------------

K.- La prestación de toda clase de servicios, ya sea por sí o a través de terceros, que sean conducentes a los fines sociales.

L.- Registrar, adquirir, poseer, usar, vender, ceder, arrendar y otorgar autorizaciones de uso, al respecto hipotecar o de manera distinta disponer de patentes registradas en la República Mexicana o en cualquier país extranjero, así como derechos sobre patentes, permisos y privilegios, inventos, mejoras y procesos, derechos de propiedad industrial y de autor, marcas y nombres comerciales relacionados o útiles con respecto a cualquier negocio de la sociedad. -----------------------------------------

M.- Ejecutar toda clase de actos y celebrar toda clase de



contratos laborales civiles o mercantiles que se relacionen con su objeto social. -------------------------------------------------

N.- En general, llevar a cabo los actos, operaciones, convenios, contratos y negocios que sean lícitos y ejecutar toda clase de actos o actividades que sean convenientes o necesarios para la realización del objeto social.-... -------------------------------

...VIGÉSIMA QUINTA.- LA ADMINISTRACIÓN.- La administración de la sociedad será encomendada a un Administrador único o a un Consejo de Administración según así lo acorde la Asamblea Ordinaria de Accionistas. Las personas serán nombradas por la propie Asamblea quien fijará sus atribuciones, facultades y poderes, así como sus emolumentos.-... -------------------------------------------------

...VIGÉSIMA OCTAVA.- El administrador Único o el Consejo de Administración tendrá las más amplias facultades reconocidas en la Ley para un mandatarios general, pudiendo celebrar todo tipo de actos y contratos así como realizar y dirigir los negocios de la sociedad en los términos del articulo Diez de la Ley General de Sociedades Mercantiles, gozando para ello de un Poder General Amplísimo para Pleitos y Cobranzas, Actos de Administración y de Riguroso Dominio con todas las facultades generales y las especiales que conforme a la ley requieran cláusula especial en los términos de los artículos dos mil ochocientos diez y dos mil ochocientos cuarenta y tres del Código Civil del Estado de Quintana Roo y sus correlativos en los diversos Códigos de la República Mexicana. -------------------------------------------------

Transcripción del artículo Dos mil Ochocientos Diez del Código Civil del Estado de Quintana Roo "en todos los poderes generales para Pleitos y Cobranzas bastará que se digan que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley para que se entiendan conferidos, sin limitación alguna. En los poderes generales para administrar bienes, bastará que se digan que se otorgan con ese carácter para que el apoderado tenga toda clase de facultades




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 5 -
33,556

administrativas. *En los poderes generales para ejercer Actos de*
*Dominio con la sola excepción de la donación que en este código*
*es un negocio personalísimo para el donante y por lo tanto no se*
*admite la representación en cuanto a éste bastará que se diga que*
*dichos poderes se dan con ese carácter para que el apoderado*
*tenga toda clase de facultades de dueño, tanto en lo relativo en*
*los bienes como para toda clase de gestiones a fin de*
*defenderlos. Cuando se quieren limitar en los tres casos antes*
*mencionados las facultades de los apoderados, se consignarán las*
*limitaciones o se otorgarán al respecto poderes especiales. Los*
*Notarios insertarán este artículo en los testimonios de los*
*poderes que ante ellos se otorguen. Lo mismo hará al calce del*
*poder y antes de las firmas de las ratificaciones si es que en el*
*texto del documento no lo hubieren insertado los interesados, los*
*funcionarios ante quienes los otorgantes y los testigos*
*ratifiquen sus firmas de conformidad de la fracción II del*
*artículo 2807 en relación con el 218 y al 2811. Sin esta*
*inserción los aludidos, testimonios y las mencionadas*
*ratificaciones carecerán de todo efecto legal.* --------------------
*De manera enunciativa pero no limitativa el administrador Único o*
*el Consejo de Administración según sea el caso, gozará del uso de*
*la firma social quedando expresamente facultado para suscribir*
*títulos de crédito, solicitar su protesto, endosar, avalar y en*
*general realizar toda clase de operaciones de crédito en los*
*términos del artículo Noveno de la (así) General de Títulos y*
*Operaciones de Crédito, tendrá las facultades para otorgar y*
*revocar poderes generales o especiales sin menoscabo de sus*
*facultades; igualmente queda facultado para presentar denuncias y*
*querellas, desistirse de ellas en los casos que proceda, para*
*constituirse como coadyuvantes del Ministerio Público para el*
*efecto de la reparación del daño, para articular y absolver*
*posiciones, presentar testigos y tachar a los que presentare la*
*contraparte, para transigir y comprometer en árbitros y*





arbitradores, para tener la representación laboral conforme a los artículos once, cuarenta y seis, cuarenta y siete, ciento treinta y cuatro fracción tercera, quinientos seis, ochocientos setenta y ocho, ochocientos ochenta, ochocientos ochenta y tes y ochocientos ochenta y cuatro de la Ley Federal del Trabajo. De igual manera se confiere la representación patronal de la sociedad para actuar ante o frente a los sindicatos con los cuales tenga celebrado contratos colectivos de trabajo así como para celebrar y rescindir contratos individuales de trabajo; para comparecer ante las Juntas de Conciliación y Arbitraje, ya sean locales o federales, llevando la representación patronal para acreditar personalidad y capacidad en juicio o fuera de el, en los términos del artículo seiscientos noventa y dos fracción II y III; podrá comparecer el desahogo de las pruebas testimoniales y confesionales en los términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo, con facultades para señalar domicilios convencionales para oír y recibir notificaciones en los términos del artículo ochocientos setenta y seis; para comparecer, con la representación patronal bastante y suficiente, a la audiencia a que se refiere el artículo ochocientos setenta y tres, ochocientos setenta y cinco, ochocientos setenta y seis, ochocientos setenta y siete y ochocientos setenta y ocho de la Ley Federal del Trabajo, en sus tres fases de conciliación, demanda y excepciones de ofrecimiento y admisión de pruebas gozando de las facultades de celebrar todo tipo de convenios, transacciones, finiquitos. De la misma forma, el Administrador único o el Consejo de Administración queda facultado para solicitar y desistirse del juicio constitucional de amparo, designar a apoderados para la tramitación del juicio constitucional; para otorgar y revocar poderes generales o especiales sin menoscabo de sus facultades para abrir y cerrar, depositar, retirar y girar en cuentas de cheques e inversiones en toda clase de instituciones bancarias y de seguros, designando a




Marco Antonio Vaca Vélez
Notaria 142 CDMX



- 7 -
33,556

*las personas que podrán firmar en dichas cuentas para concurrir ante toca clase de autoridades fiscales sean federales, estatales o municipales en cualquier de sus dependencias oficiales, para tramitar y obtener el Registro Federal De Contribuyentes; para dar aumento o disminución de obligaciones fiscales, así como la firma electrónica de la sociedad ante la Secretaría de Hacienda y Crédito Público, para presentar y recibir toda clase de documentos ante la Secretaría de Hacienda y Crédito Público, la Secretaría de Hacienda del Estado de Quintana Roo y la Tesorería en cualesquiera de los municipios en el Estado de Quintana Roo. Para presentar toda clase de escritos, recursos, inconformidades, demandas y juicios de nulidad ante el tribunal federal de justicia fiscal y administrativa, llevando en todas sus instancias los procesos en los cuales sean parte o tercera la sociedad y de la manera más amplia, representar a la sociedad ante toda clase de autoridades y personas físicas o morales nacionales o extranjeras.-...".--------------------------------*
- --------------------------------------------------------------
--- **II.- DECLARACIONES PREVIAS.** --------------------------
--- Declara la compareciente, bajo protesta de decir verdad, advertida de las penas en que incurre quien declara con falsedad ante Notario: --------------------------------------
--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; --------------------
--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de celebrarse la Asamblea respectiva, especialmente por lo que se refiere a la identidad de los accionistas y el monto y distribución del capital social, habiendo cumplido las formalidades requeridas para su modificación, en su caso; --------------------------
--- iii) Que en el caso de los accionistas que concurrieron representados a la Asamblea cuya acta se protocoliza, en su



- 8 -

33,556

caso, los respectivos representantes no son miembros del órgano de administración ni vigilancia de la sociedad; y -------
--- iv) Que el otorgamiento de poderes contenido en el acta que se protocoliza no se realiza en favor de miembros del órgano de vigilancia de la sociedad. -------------------------
- ----------------------------------------------------------------
--- **III.- ACTA QUE SE PROTOCOLIZA.** ----------------------------
--- Declara la compareciente que la totalidad de los accionistas de **"DOLPHIN AUSTRAL HOLDINGS" SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** celebraron una Asamblea General Ordinaria, de la que se levantó el acta que me exhibe escrita a dos columnas, una en idioma español y otra en idioma extranjero, siendo una traducción de la otra, respectivamente, según declara la compareciente, misma que en unión de su respectivo anexo agrego al apéndice de este instrumento con el número **"UNO"**, respecto de la que certifico no tengo indicio de falsedad y que me pide protocolice, siendo dicha acta, por lo que se refiere a la columna redactada en idioma español, del tenor literal siguiente:-------------------------------------------------
- ----------------------------------------------------------------
*"En la ciudad de Cancún, Quintana Roo, siendo las 18:00 horas del día 28 de marzo de 2025, los accionistas de Dolphin Austral Holdings, S.A. de C.V. (la "Sociedad"), según se detalla más adelante, se reunieron en el domicilio social de la Sociedad, a efecto de celebrar una Asamblea General Ordinaria de Accionistas. ------------------------------------*
*-------------------------------------------------------------*
*El señor Raúl García Chávez presidió la asamblea y la señora Ma. Eugenia Soberanis Pérez actuó como Secretario, ambos habiendo sido designados para ocupar dichos cargos por el voto unánime de todos los presentes. -------------------------*
*- --------------------------------------------------------------*
*El Presidente de la asamblea nombró al Secretario como*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 9 -
33,556

*Escrutador, quien habiendo aceptado su nombramiento, informó al Presidente de la asamblea que Wilmington Trust, National Association, acreditó su representación, según carta poder que exhibió y según se detalla más adelante. Asimismo, el Escrutador procedió a contar la participación social que representan los presentes en esta asamblea e informó que representan a todos los accionistas conforme se lista a continuación: -------------------------------------------*

*----------------------------------------------------------------*

*Accionista---------Capital Fijo-----Capital Variable -----Valor------%----*
*-------------------- Serie "A" ---------Serie "B" ----------------------*
*CIBanco, S.A., --------------------------------------------------*
*Institución de --------------------------------------------------*
*Banca Múltiple, -------------------------------------------------*
*como fiduciario -------------------------------------------------*
*del Fideicomiso -------------------------------------------------*
*Irrevocable de --------------------------------------------------*
*Garantía número -------------------------------------------------*
*CIB/2380 --------------------------------------------------------*
*Representado por ------------------------------------------------*
*Ma. Eugenia -----------------------------------------------------*
*Soberanis Pérez------------------------------99------ $99,000.00 --- 99.00 -*
*----------------------------------------- ------------ --------*
*Sr. Eduardo Albor -----------------------------------------------*
*Villanueva ------------------------------------------------------*
*Representado por ------------------------------------------------*
*Wilmington Trust, -----------------------------------------------*
*National Association, --------------------------------------------*
*a su vez representado -------------------------------------------*
*por Raúl García Chávez, -----------------------------------------*
*en ejercicio de los ---------------------------------------------*
*derechos que le -------------------------------------------------*
*corresponden de -------------------------------------------------*
*conformidad con el ----------------------------------------------*
*Contrato de -----------------------------------------------------*
*Prenda (según dicho ---------------------------------------------*
*término se define -----------------------------------------------*
*más adelante) -------------1----------------------------$1,000.00---1.00 --*



- 10 -
33,556
- --------------------------------------------------------------
*Total: ------------------1--------------99--------$100,000.00---100%* ----
- --------------------------------------------------------------

*Después de revisar el cómputo del Escrutador, el Presidente declaró legalmente instalada la asamblea de conformidad con lo dispuesto por los estatutos sociales de la Sociedad, estableciendo que el 100% de las acciones representativas del capital social de la Sociedad se encontraban representadas en esta asamblea. En tal virtud, el Presidente de la asamblea manifestó que se prescindía de la publicación de la convocatoria por estar representados los accionistas propietarios de la totalidad de las acciones representativas del capital social de la Sociedad.* --------------------------
--------------------------------------------------------------

*A continuación, el siguiente Orden del Día fue leído por el Secretario y después de haber sido discutido y analizado, aprobado unánimemente por los presentes:* --------------------
--------------------------------------------------------------
--------------------- *ORDEN DEL DÍA* ----------------------
*1. Discusión y aprobación, en su caso, de la remoción del Consejo de Administración, y nombramiento de Administrador Único de la Sociedad.* ---------------------------------------
- --------------------------------------------------------------

*2. Discusión y aprobación, en su caso, de la revocación y otorgamiento de poderes.* ---------------------------------------
- --------------------------------------------------------------

*3. Discusión y aprobación, en su caso, de sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América* --------------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 11 -
33,556

-----------------------------------------------------------

*4. Designación de delegados especiales.* ----------------------

-----------------------------------------------------------

*Los accionistas representados en la asamblea aprobaron la declaratoria del Presidente con respecto a la legal instalación de la asamblea, así como el Orden del Día propuesto para la misma, el cual se desahogó de la siguiente manera:* -------------------------------------------------

-----------------------------------------------------------

*1. Discusión y aprobación, en su caso, de la remoción del Consejo de Administración, y nombramiento de Administrador Único de la Sociedad.* ----------------------------------

-----------------------------------------------------------

*En relación con el primer punto del Orden del Día, el Presidente hizo del conocimiento de la asamblea lo siguiente:* -------------------------------------------------

*(i) Con fecha 8 de octubre de 2015, Controladora Dolphin, S.A. de C.V. ("Controladora"), Promotora Garrafón, S.A. de C.V. ("Promotora") y Dolphin Capital Company, S. de R.L. de C.V. ("DCC"), como fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple (el "Fiduciario"), como fiduciario, y Wilmington Trust, National Association ("Wilmington"), como fideicomisario en primer lugar, con la comparecencia de Aqua Tours, S.A. de C.V. ("Aqua Tours") y Viajero Cibernético, S.A. de C.V. ("Viajero"), junto con las demás sociedades que de tiempo en tiempo se adhieran al mismo en el carácter que allí se indique, celebraron el Contrato de Fideicomiso Irrevocable de Garantía número CIB/2380 (según el mismo fue modificado y/o reexpresado con fecha 5 de abril de 2019, con fecha 2 de octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27 de junio de 2022, el "Contrato de Fideicomiso"), por virtud del cual, entre otros, Controladora aportó de manera irrevocable, la propiedad y titularidad de*



- 12 -
33,556

*(i) 99 (noventa y nueve) acciones Serie "B", ordinarias, nominativas, con valor nominal de $1,000.00 (mil pesos 00/100 M.N.) cada una, representativas de la parte fija del capital social de la Sociedad, y que forman parte de la totalidad del capital social suscrito y pagado de la Sociedad, representativas del 99% de la Sociedad, a efecto de garantizar el puntual y debido cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, por vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas Senior y las Obligaciones Garantizadas Subordinadas (según dichos términos se definen en el Contrato de Fideicomiso). ------------------------------ - --------------------------------------------------------------*

*(ii) Con fecha 8 de abril de 2019, Controladora, en su carácter de emisor (issuer), DCC, como controladora garante (parent guarantor), ciertas subsidiarias de Controladora como garantes y Wilmington en su carácter de agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según dicho término se define en el Contrato de Compraventa Original) emitidas por Controladora por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original"). ------------------------------------------- --------------------------------------------------------------*

*(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se*





Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 13 -
33,556

define en el *Primer Contrato de Compra de Valores Modificado y Reexpresado*) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "*Primer Contrato de Compra de Valores Modificado y Reexpresado*"). ------------------------------------------------------



(iv) Con fecha 8 de junio de 2020, el Sr. Eduardo Albor Villanueva ("*EA*"), como deudor prendario, y Wilmington, en su carácter de Agente de Garantías Mexicano en nombre y para beneficio de las Partes Garantizadas, como acreedor prendario, con la comparecencia de la Sociedad, celebraron un *Contrato de Prenda Sobre Acciones* (según el mismo sea modificado, re-expresado, adicionado o de cualquier otra forma reformado de tiempo en tiempo, el "*Contrato de Prenda*"), por virtud del cual EA dio en prenda 1 (una) acción Serie "A", ordinaria, nominativa y con valor nominal de $1,000.00 (mil pesos 00/100), representativa de la parte mínima fija del capital social de la Sociedad de la que es titular, representativa del 1.00% del capital social de la Sociedad (la "*Acción Pignorada*"), a efecto de garantizar de manera incondicional e irrevocable el debido y puntual cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, su fecha de vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas (según dicho término se define en el Contrato de Prenda). ----------------------------

(v) Con fecha 27 de junio de 2022, las partes del Contrato de Compra de Valores Modificado y Reexpresado de manera conjunta con TDC Leisure Holdings LLC ("*TDC Leisure*"), en su carácter de controlador final (ultimate parent), y Leisure Investments Holdings LLC ("*LIH*"), una limited liability company



constituida y válidamente existente de conformidad con las leyes del Estado de Delaware, celebraron un segundo Contrato de Compra de Valores Original (conjuntamente con el Contrato de Compra de Valores Original, el Primer Contrato de Compra de Valores Modificado y Reexpresado, y según el mismo sea adicionalmente reformado, adicionado o de cualquier otra manera modificado de tiempo, el "Contrato de Compra de Valores Modificado y Reexpresado"). --------------------------
- --------------------------------------------------------------

(vi) Con fecha 27 de junio de 2022, Triton Investments Holdings, LLC, en su carácter de emisor (issuer), TDC Leisure, en su carácter de garante controlador (ultimate guarantor), LIH, en su carácter de garante intermedio (intermediate parent), Controladora, DCC, entre otros, en su carácter de subsidiarias garantes (subsidiary guarantors) y Wilmington Trust, National Association, en su carácter de agente de garantías (collateral agent), celebraron cierto contrato de compra de valores y de garantía subordinado (second-lien note purchase and guarantee agreement) (el "Contrato de Compra de Valores Subordinado"). ----------------
- --------------------------------------------------------------

(vii) Con anterioridad a este acto, Controladora, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de la presente Asamblea y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso). -------------------------------------------------
- --------------------------------------------------------------

(viii) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Administración de la Sociedad un Aviso de Incumplimiento, por virtud del cual certificó la ocurrencia de un Evento de




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 15 -
33,556



Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de la Acción Pignorada, y demás derechos y facultades que EA tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda. ------------------------
- ------------------------------------------------------------

Luego de discutir sobre los literales anteriores, así como las causas de incumplimiento que dieron origen al mencionado punto del Orden del Día, por unanimidad de votos de los accionistas representados aprobaron las siguientes: ---------
- ------------------------------------------------------------
----------------- R E S O L U C I O N E S -------------------
- ------------------------------------------------------------

PRIMERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los miembros del Consejo de Administración de la Sociedad, y nombrar al Sr. Steven Robert Strom como Administrador Único de la Sociedad. -----------------------------------------------
------------------------------------------------------------

Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Administración de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto en el Artículo 161 la Ley General de Sociedades Mercantiles y demás



- 16 -
33,556

*disposiciones aplicables. -----------------------------------*
*-------------------------------------------------------------*

*2. Discusión y aprobación, en su caso, de la revocación y*
*otorgamiento de poderes. -------------------------------------*
*-------------------------------------------------------------*

*En relación con el segundo punto del Orden del Día, el*
*Presidente comentó a los accionistas, la conveniencia de*
*revocar y otorgar poderes. -----------------------------------*
*-------------------------------------------------------------*

*Luego de discutir el punto anterior, por unanimidad de votos*
*de los accionistas representados aprobaron las siguientes: ---*
*- -----------------------------------------------------------*
*------------------ R E S O L U C I O N E S -----------------*
*- -----------------------------------------------------------*

*SEGUNDA. En este acto se aprueba revocar todos y cada uno de*
*los poderes otorgados por la Sociedad con anterioridad a esta*
*fecha en favor de los Sres. Eduardo Albor Villanueva,*
*Concepción Esteban Manchado y Sergio Said Jacome Palma. ------*
*- -----------------------------------------------------------*

*Sin perjuicio de lo anterior, Wilmington, con el carácter que*
*comparece a la presente, así como la Sociedad, se reservan*
*expresamente todos y cada uno de sus derechos, acciones,*
*recursos, reclamaciones, privilegios y protecciones bajo la*
*ley, para repetir en contra de los Sres. Eduardo Albor*
*Villanueva, Concepción Esteban Manchado y Sergio Said Jacome*
*Palma respecto de todas las acciones de carácter civil,*
*mercantil, penal y de cualesquier otra naturaleza o*
*reclamaciones conocidas o desconocidas y las reclamaciones*
*acumuladas hasta la fecha como resultado de su actuación como*
*apoderados de la Sociedad, independientemente de si se*
*identifican específicamente a la fecha de la presente. -------*
*-------------------------------------------------------------*

*TERCERA. Se resuelve en este acto otorgar en favor de los*





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 17 -
33,556

Sres. *Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo Moyano Luco y Matías Marambio Calvo, los poderes adelante mencionados para ser ejercidos de manera individual:* ---------
*(i) Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pudiendo hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. ------* En *forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes:* ------------------------
*1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil.* ------------------------------------------------
*2. Promover providencias precautorias, medidas cautelares y/o de aseguramiento, así como promover medios preparatorios de juicio o cualesquier procedimientos preliminares* ------------
*3. Para transigir.* -----------------------------------------
*4. Para comprometer en árbitros.* ---------------------------
*5. Para absolver y articular posiciones.* -------------------
*6. Para recusar.* -------------------------------------------
*7. Para recibir pagos.* -------------------------------------
*8. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley.* ------------
*(ii) Poder general para actos de administración, en los términos del segundo párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los Códigos de los Estados de la República y de la Ciudad de México.* -----------
*(iii) Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México* --------------------------



- 18 -
33,556

(iv) *Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito.* ----
(v) *Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros.* ---------------
*Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente.* ---------------------
*Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte.* ----------------------------
- ------------------------------------------------------------
*CUARTA. Se resuelve en este acto otorgar en favor de los Sres. Jaime Rene Guerra González, Jesús Armando Treviño Moyeda, Alfonso Peniche García, Román Salazar Castillo, Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova Carbajal y Rodrigo Josué Gazcón Quintana, los poderes adelante mencionados a ser ejercidos, conjunta o individualmente* ------------------------------------------------
(i) *Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pero sin que comprenda la facultad de hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México.* -------------------------
*En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes:* -------------------------------





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 19 -
33,556

1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero, inclusive amparo o el concurso mercantil. -----------------------------

2. Para transigir. ---------------------------------------

3. Para comprometer en árbitros. --------------------------

4. Para absolver y articular posiciones. -----------------

5. Para recusar. -----------------------------------------

6. Para recibir pagos. ----------------------------------

7. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. ---------
- ----------------------------------------------------------
- ----------------------------------------------------------

3. Discusión y aprobación, en su caso, de sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América -------------------------------
- ----------------------------------------------------------

En relación con el tercer punto del Orden del Día, el Presidente comentó a los accionistas, la conveniencia de sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América -------------------------------
- ----------------------------------------------------------

Luego de discutir el punto anterior, por unanimidad de votos de los accionistas representados aprobaron las siguientes: ---
- ----------------------------------------------------------
---------------------- RESOLUCIONES -------------------------



- 20 -
33,556
- --------------------------------------------------------------

*QUINTA. Se resuelve autorizar al Administrador Único y/o a los apoderados de la Sociedad con facultad para pleitos y cobranzas en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México, para realizar los actos necesarios para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o la declaración de concurso mercantil de la Sociedad. --------------------------------------------------------*

- --------------------------------------------------------------

*4. Designación de delegados especiales. ----------------------*

- --------------------------------------------------------------

*SEXTA. Se resuelve, autorizar a los Sres. Raúl García Chávez y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o separadamente, en nombre y representación de la Sociedad, en caso de ser necesario realicen los siguientes actos: (i) gestionen ante el Notario Público de su elección la protocolización y ratificación de la presente acta; (ii) expidan las copias simples o certificadas de la presente acta, que en su integridad o en lo conducente, les fueren solicitadas; (iii) realicen, en general, todos los actos y trámites que sean necesarios para la formalización y ejecución de los acuerdos adoptados en las presente acta,*




Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 21 -
33,556

incluidos aquellos ante cualquier dependencia gubernamental, incluyendo la Secretaría de Economía, teniendo la facultad para recibir cualquier tipo de documento e información relacionada con la Sociedad; y (iv) gestionen la inscripción de la escritura pública respectiva en el Registro Público de Comercio que corresponda. ----------------------------------
- ----------------------------------------------------------

SÉPTIMA. Se resuelve, que la presente acta se redacta en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión en español será la que prevalecerá en todo momento. -------------------
- ----------------------------------------------------------

No habiendo otro asunto que tratar, se suspendió la asamblea por el tiempo necesario para redactar la presente acta, la cual una vez leída fue aprobada por los representantes de los accionistas y firmada por el Presidente y el Secretario de la misma. ----------------------------------------------------
- ----------------------------------------------------------

Se hace constar que durante el tiempo en que se desarrolló la presente asamblea, desde su inicio hasta su terminación, todas las personas que participaron en la misma estuvieron presentes. Se agregan al expediente de la presente acta como Anexo "A", la lista de asistencia preparada por el Escrutador. -----------------------------------------------------
- ----------------------------------------------------------

Se levantó la asamblea a las 21:00 horas del 28 de agosto de 2025. ----------------------------------- ----------------
- ----------------------------------------------------------
------------------[Sigue hoja de firmas] ---------------------
- ----------------------------------------------------------
[Firma ilegible] ---------------------------------------------
Presidente ---------------------------------------------------
Por: Raúl García Chávez ---------------------------------------



```
                                       - 22 -
                                       33,556
- -----------------------------------------------------------
[Firma ilegible] --------------------------------------------
Secretario --------------------------------------------------
Por: Ma. Eugenia Soberanis Pérez ----------------------------
- -----------------------------------------------------------
[Hoja de firmas de la Asamblea General Ordinaria de
Accionistas de Dolphin Austral Holdings, S.A. de C.V.] -------
- -----------------------------------------------------------
-----------------------LISTA DE ASISTENCIA -------------------
------------- DOLPHIN AUSTRAL HOLDINGS, S.A. DE C.V. ---------
---------------- ASAMBLEA ORDINARIA DE ACCIONISTAS -----------
-----------------------28 de marzo de 2025 ------------------
- -----------------------------------------------------------
- Accionista-------Capital Fijo---Capital Variable----Valor------Firma ----
---------------------Serie "A" ----- Serie "B" --------------------------
- -----------------------------------------------------------
CIBanco, S.A., ----------------------------------------------
Institución de ----------------------------------------------
Banca Múltiple, ---------------------------------------------
como fiduciario del -----------------------------------------
Fideicomiso -------------------------------------------------
Irrevocable de ----------------------------------------------
Garantía número ---------------------------------------------
CIB/2380 ----------------------------------------------------
Representada por --------------------------------------------
Ma. Eugenia -------------------------------------------------
Soberanis Pérez-----------------------99----$99,000.00--[Firma ilegible] -
------------------------------------------------ ------------
Sr. Eduardo Albor -------------------------------------------
Villanueva --------------------------------------------------
Representado por --------------------------------------------
Wilmington Trust, -------------------------------------------
National Association, ---------------------------------------
a su vez representado ---------------------------------------
por Raúl García Chávez, -------------------------------------
en ejercicio de los -----------------------------------------
derechos que le ---------------------------------------------
```





Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 23 -
33,556

corresponden de -------------------------------------------------

conformidad con el -----------------------------------------------

Contrato de ------------------------------------------------------

Prenda---------------------1------------$1,000.00----[Firma ilegible] ---

------------------------------------------------------------------

Total: ----------------1------99----$100,000.00 ----------100% ------

------------------------------------------------------------------

*La suscrita hago constar que en la asamblea se encontraba*
*representada la totalidad de las acciones en que se divide el*
*capital social de la Sociedad, de acuerdo a la forma indicada*
*anteriormente, y de conformidad con los registros del Libro*
*de Registro de Acciones de la Sociedad.* ------------------------

------------------------------------------------------------------

*[Firma ilegible]* ------------------------------------------------

*Ma. Eugenia Soberanis Pérez* -------------------------------------

*Escrutador".* ----------------------------------------------------

------------------------------------------------------------------

-----------------------**C L Á U S U L A S** ----------------------

------------------------------------------------------------------

--- **PRIMERA.-** Queda protocolizada el acta de Asamblea General
Ordinaria de Accionistas de **"DOLPHIN AUSTRAL HOLDINGS"**,
**SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, transcrita en el
antecedente tercero de este instrumento para todos los
efectos a que haya lugar. ----------------------------------------

------------------------------------------------------------------

--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de
Administración de **"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD
ANÓNIMA DE CAPITAL VARIABLE,** en los términos del acta
protocolizada. ---------------------------------------------------

------------------------------------------------------------------

--- **TERCERA.-** Queda nombrado el Administrador Único de
**"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD ANÓNIMA DE CAPITAL
VARIABLE**, en los términos del acta protocolizada. -------------

------------------------------------------------------------------



- 24 -
33,556

--- **CUARTA.-** Quedan revocados los poderes de **"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
- ------------------------------------------------------------

--- **QUINTA.-** Quedan otorgados los poderes de **"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
- ------------------------------------------------------------

**YO EL NOTARIO CERTIFICO:** ------------------------------------
- ------------------------------------------------------------

--- **I.-** Que conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. --------------------------

--- **II.-** Que declara la compareciente que en **"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** no participa inversión extranjera. -------------------------------------

--- **III.-** Que advertí a la compareciente de la conveniencia de notificar a los apoderados de la revocación consignada en el presente instrumento. ------------------------------------

--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se otorgaron los poderes que se revocan, no procederé a dar el aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. ------

--- **V.-** Que la compareciente declara que los accionistas de **"DOLPHIN AUSTRAL HOLDINGS"**, **SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** se encuentran inscritos en el Registro Federal de Contribuyentes y al efecto me exhibe la Constancia de Situación Fiscal de los mencionados accionistas, mismas que agrego al apéndice de este instrumento con el número **"DOS"**. --

--- **VI.-** Que la compareciente declara por sus generales ser: -
--- Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 25 -
33,556

mil novecientos setenta y tres, soltera, con domicilio en
Avenida Presidente Masaryk, número ciento uno, piso doce,
oficina mil doscientos uno "A", colonia Polanco Quinta
Sección, código postal número once mil quinientos sesenta,
abogada y con Clave Única de Registro de Población: 
"SOPE730914MGRBRG04". ---------------------------------------
--- **VII.-** Que advertí al compareciente de las penas en que
incurren quienes declaran falsamente ante notario. -----------
--- **VIII.-** Que tuve a la vista los documentos citados en este
instrumento. -------------------------------------------------
--- **IX.-** Que expliqué al compareciente en forma amplia,
completa y sin tecnicismos, las consecuencias, alternativas y
los procedimientos relacionados con el contenido de este
instrumento, a fin de garantizar su autonomía, protección y
cuidado en la toma de decisiones relacionadas con su
patrimonio y relaciones familiares. --------------------------
--- **X.-** Que a solicitud del compareciente leí y expliqué este
instrumento al mismo, una vez que le hice saber el derecho
que tiene de leerlo personalmente, manifestando el otorgante
su conformidad y comprensión plena y lo firmó, imprimiendo
además su huella digital en caso de considerarlo conveniente,
el día de su fecha, mismo momento en que la autorizo
definitivamente. ---------------------------------------------
Doy fe. ------------------------------------------------------
Firma y huella digital de la señora Ma. Eugenia Soberanis
Pérez. -------------------------------------------------------
**Firma de Marco Antonio Vaca Vélez.** --------------------------
El sello de autorizar. ---------------------------------------
LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE
AGREGARÁN AL APÉNDICE DEL MISMO. -----------------------------
**Para cumplir con lo dispuesto por el artículo dos mil**
**quinientos cincuenta y cuatro del Código Civil vigente en la**
**Ciudad de México, a continuación se transcribe:** --------------



- 26 -
33,556

**"ART. 2554.-** En todos los poderes generales para pleitos y cobranzas bastará que se diga que se otorga con todas las facultades generales y las especiales que requieran cláusula especial conforme a la ley, para que se entiendan conferidos sin limitación alguna. --------------------------------------

En los poderes generales, para administrar bienes, bastará expresar que se dan con ese carácter para que el apoderado tenga toda clase de facultades administrativas. --------------

En los poderes generales, para ejercer actos de dominio bastará que se den con ese carácter para que el apoderado tenga todas las facultades de dueño, tanto en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de defenderlos. --------------------------------------------------

Cuando se quisieren limitar, en los tres casos antes mencionados, las facultades de los apoderados, se consignarán las limitaciones, o los poderes serán especiales. ------------

Los notarios insertarán este artículo en los testimonios de los poderes que otorguen". ----------------------------------

**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la Ciudad de México, EXPIDO **SEGUNDO** TESTIMONIO **SEGUNDO** EN SU ORDEN PARA CONSTANCIA DE **"DOLPHIN AUSTRAL HOLDINGS", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, COMO INTERESADA EN VEINTISÉIS PÁGINAS. ------------------------------------------------------

EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL VEINTICINCO. ----------------------------------------------------

DOY FE. -------------------------------------------------------

AXPR.

C

№ 02



CEDULA DE IDENTIFICACION FISCAL

SAT
Servicio de Administración Tributaria

CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
BENITO JUAREZ , QUINTANA ROO A 09 DE ENERO
DE 2020


AOVE681126732

**Datos de Identificación del Contribuyente:**

| | |
|---|---|
| RFC: | AOVE681126732 |
| CURP: | AOVE681126HYNLLD07 |
| Nombre (s): | EDUARDO DE MARTIN |
| Primer Apellido: | ALBOR |
| Segundo Apellido: | VILLANUEVA |
| Fecha inicio de operaciones: | 02 DE ENERO DE 1986 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 15 DE MAYO DE 1995 |
| Nombre Comercial: | |

**Datos de Ubicación:**

| | |
|---|---|
| Código Postal:77504 | Tipo de Vialidad: AVENIDA (AV.) |
| Nombre de Vialidad: AV ACANCEH MZ 1 | Número Exterior: LOTE 6 |
| Número Interior:P B ANEXO 1 | Nombre de la Colonia: SUPERMANZANA 13 |
| Nombre de la Localidad: CANCUN | Nombre del Municipio o Demarcación Territorial: BENITO JUAREZ |

Página [1] de [3]

Contacto
Av. Hidalgo 77, col. Guerrero, c.p. 06300 Ciudad de México.
Atención telefónica: 627 22 728 desde la Ciudad de México,
o 01 (55) 627 22 728 del resto del país.
Desde Estados Unidos y Canadá: 1 877 44 88 728.
Página www.sat.gob.mx



gob.mx

do: www.sat.gob.mx, denunciss@sat.gob.mx, desde México: 01 (55) 9852 2222, desde el extranjero: 1 844 28 73
www.gob.mx/sfp".

Cadena Original Sello:    ||2020/01/09|AOVE651126732|CONSTANCIA DE SITUACIÓN FISCAL|20000108888880000000
Sello Digital:    hPSEe2HwFnTJhq+YyDKqdu3Mfkb3rtkrXpDRyWvuqEgmJJ87Rn65DG3xmp4+8esP76VSMBi/Cvhhje3dCgk
                  Nhyehaz2XCJoAJKJkHDPJh0eCFsfg9WL5+ml44DQ0ImOgJjiJ4zDuF4UDQ/0iPHYRKe+h3um/LCDQ0gz+

Contacto
Av Hidalgo 77, col. Guerrero, c.p. 06300, Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad y área
c-01 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877 44 88 728
denuncias.sat@sat.gob.mx





## INSCRIPCIÓN EN EL R.F.C

EL SERVICIO DE ADMINISTRACIÓN TRIBUTARIA, LE DA A CONOCER EL REGISTRO FEDERAL DE CONTRIBUYENTES QUE LE HA SIDO ASIGNADO CON BASE EN LOS DATOS QUE PROPORCIONÓ, LOS CUALES HAN QUEDADO REGISTRADOS CONFORME A LO SIGUIENTE.

**CEDULA DE IDENTIFICACIÓN FISCAL**

CLAVE DE REG. FED. DE CONTRIBUYENTE
**AOVE661126732**

NOMBRE, DENOMINACIÓN O RAZÓN SOCIAL
**EDUARDO DE MARTIN ALBOR VILLANUEVA**

CLAVE UNICA DE REGISTRO DE POBLACION
**AOVE661126HYNLLD07**

FOLIO
**B7311948**

NOMBRE, DENOMINACIÓN O RAZÓN SOCIAL
EDUARDO DE MARTIN ALBOR VILLANUEVA

DOMICILIO
AV. ANDRES QUINTANA ROO MZA 4 LOTE 14 DEPTO 3 REG 97 CANCUN QUINTANA ROO 77539

CLAVE DEL R.F.C        AOVE661126732

CLAVE UNICA DE REGISTRO DE POBLACION        AOVE661126HYNLLD07

ADMINISTRACIÓN LOCAL        ALR CANCUN, Q.ROO.

ACTIVIDAD        Servicios de consultoria en administración

SITUACIÓN DE REGISTRO        **ACTIVO**

FECHA DE INSCRIPCIÓN        FECHA DE INICIO DE OPERACIONES   02-01-1986

### OBLIGACIONES

| DESCRIPCIÓN | FECHA ALTA |
|---|---|
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por la renta de inmuebles | 01-07-2005 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) de personas físicas. | 01-02-2003 |
| Proporcionar la información del Impuesto al Valor Agregado (IVA) que se solicite en las declaraciones del Impuesto Sobre la Renta (ISR) | 01-07-2008 |
| Presentar la declaración mensual donde se informe sobre las operaciones con terceros para efectos del Impuesto al Valor Agregado (IVA) | 01-07-2009 |
| Presentar la declaración y pago provisional mensual del Impuesto Empresarial a Tasa Única (IETU). | 01-07-2008 |
| Presentar la declaración y pago anual del Impuesto Empresarial a Tasa Única (IETU). | 01-01-2008 |
| Presentar la declaración y pago definitivo mensual del Impuesto al Valor Agregado (IVA) . | 01-07-2003 |

| TRAMITES EFECTUADOS | FECHA DE PRESENTACIÓN | FOLIO DEL TRAMITE |
|---|---|---|
| Reg. Federal Contribuyente / Actualización / Aumento/Disminución de Obligaciones | 31-08-2007 | RF150317485235 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 08-02-2008 | RF150517040336 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 27-07-2008 | RF200409713735 |
| Reg. Federal Contribuyente / Actualización / Aumento/Disminución de Obligaciones | 11-07-2008 | RF200997040313 |
| Reg. Federal Contribuyente / Actualización / Actualización Aumento/Disminución de Obligaciones | 08-01-2003 | RF150204085847 |

Fecha de expedición 31 de Agosto de 2008
TELEFONO DE ATENCIÓN CIUDADANA
(Quintana Roo) 01-800-463-6728

SIN TEXTO



## CÉDULA DE IDENTIFICACIÓN FISCAL

 Hacienda |  SAT
Secretaría de Hacienda y Crédito Público | SERVICIO DE ADMINISTRACIÓN TRIBUTARIA

BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE
BANCA MULTIPLE
Nombre, denominación o razón
social

idCIF: 14111142672
VALIDA TU INFORMACIÓN
FISCAL

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE
MARZO DE 2025**


BNY080206UR9

### Datos de Identificación del Contribuyente:

| | |
|---|---|
| **RFC:** | BNY080206UR9 |
| **Denominación/Razón Social:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Régimen Capital:** | SIN TIPO DE SOCIEDAD |
| **Nombre Comercial:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Fecha inicio de operaciones:** | 06 DE FEBRERO DE 2008 |
| **Estatus en el padrón:** | ACTIVO |
| **Fecha de último cambio de estado:** | 06 DE FEBRERO DE 2008 |

### Datos del domicilio registrado

| | |
|---|---|
| **Código Postal:** 11560 | **Tipo de Vialidad:** CALZADA  (CALZ.) |
| **Nombre de Vialidad:** MARIANO ESCOBEDO | **Número Exterior:** 595 |
| **Número Interior:** | **Nombre de la Colonia:** POLANCO V SECCION |
| **Nombre de la Localidad:** MIGUEL HIDALGO | **Nombre del Municipio o Demarcación Territorial:** MIGUEL HIDALGO |
| **Nombre de la Entidad Federativa:** CIUDAD DE MEXICO | **Entre Calle:**  CAMPOS ELISEOS |
| **Y Calle:** RINCON DEL BOSQUE | |

### Actividades Económicas:

 Hacienda |  SAT
Secretaría de Hacienda y Crédito Público | SERVICIO DE ADMINISTRACIÓN TRIBUTARIA

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33556

| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|---|---|---|---|---|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---|---|---|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|---|---|---|---|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

**Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.**

**Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx**

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de Mexico.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".

**Cadena Original Sello:** ||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|200001088888800000031||
**Sello Digital:**

murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFaiRHa
Rk5jMqIyaoyUZ3iupx49aIEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNIHnoRR4Gvi347ahHjdfNt7sNnU1B3EyGvU
=



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33556

SIN TEXTO

**C**

**№ 02**



## CEDULA DE IDENTIFICACION FISCAL





**SAT**
Servicio de Administración Tributaria

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
BENITO JUAREZ , QUINTANA ROO A 09 DE ENERO
DE 2020

AOVE661126732



## Datos de Identificación del Contribuyente:

| | |
|---|---|
| RFC: | AOVE661126732 |
| CURP: | AOVE661126HYNLLD07 |
| Nombre (s): | EDUARDO DE MARTIN |
| Primer Apellido: | ALBOR |
| Segundo Apellido: | VILLANUEVA |
| Fecha inicio de operaciones: | 02 DE ENERO DE 1986 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 15 DE MAYO DE 1995 |
| Nombre Comercial: | |

## Datos de Ubicación:

| | |
|---|---|
| Código Postal:77504 | Tipo de Vialidad: AVENIDA (AV.) |
| Nombre de Vialidad: AV ACANCEH MZ 1 | Número Exterior: LOTE 6 |
| Número Interior:P B ANEXO 1 | Nombre de la Colonia: SUPERMANZANA 13 |
| Nombre de la Localidad: CANCUN | Nombre del Municipio o Demarcación Territorial: BENITO JUAREZ |

Página  [1] de [3]

Contacto
Av. Hidalgo 77, col. Guerrero, c. p. 06300, Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México,
+91 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877 44 88 728
Sin costo: SAT 625 40 51 04



gob.mx

do: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: 01 (55) 9852 2222, desde el extranjero: 1 844 28 73
www.gob.mx/sfo".

**Cadena Original Sello:** |[2020/01/09|ADVE651126732|CONSTANCIA DE SITUACIÓN FISCAL|2000010888880000000]|
**Sello Digital:** hjPSEe2HwFnT/hq+YyDKqdu3Mkbj3rtikXpDRyWvugEgmJJ97Rr85DG3xmp4+8esP76VSMi9 
Nhyehax2XCJpAJKJkHDPJh0nCFs/g9WL5+ml440Q0imQgJjiU4zDuF4UDG0IPhYRKe+/n3uml

Página [3] de [3]

Contacto
Av Hidalgo 77, col. Guerrero, c.p. 06300, Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México,
0-01 (55) 627 22 728 del resto del país.
Desde Estados Unidos y Canadá 1 877 44 88 728
denuncias sat.gob.mx

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
## AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
## TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1.	For purposes of these chapter 11 cases, the mailing address of Debtor Leisure Investments Holdings LLC ("**LIH**") and each of its subsidiaries is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2.	Debtor LIH is wholly owned by TDC Leisure Holdings LLC ("**TDC Holdings**"), whose address is Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13 C.P. 77504, Cancun Quintana Roo México.

3.	Debtor Triton Investments Holdings LLC ("**TIH**") is wholly owned by LIH.

4.	Debtors MS Leisure Company and Icarus Investments Holdings LLC are wholly owned by TIH.

5.	Debtor Ejecutivos de Turismo Sustentable, S.A. de C.V. is 1% owned by LIH and 99% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the

---

[1]	The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows:  Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322).  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico ("**CIBanco**").[2]

6.      Debtor Dolphin Leisure, Inc. ("**Dolphin Leisure**") is wholly owned by Controladora Dolphin SA de CV.

7.      Debtors Marineland Leisure Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. are each wholly owned by Dolphin Leisure.

8.      Debtor Dolphin Capital Company, S. de R.L. de C.V. is .0004% owned by TDC Leisure Holdings LLC and 99.9996% owned by CIBanco, as trustee.

9.      Debtor Dolphin Austral Holdings, S.A. de C.V. is 99% owned by CIBanco, as trustee, and 1% owned by Eduardo Albor Villanueva, whose address is available upon request.

10.     Debtors Viajero Cibernético, S.A. de C.V., Aqua Tours, S.A. de C.V., and Promotora Garrafón, S.A. de C.V. are each 99.99% owned by CIBanco, as trustee, and 0.01% owned by Eduardo Albor Villanueva.

---

[2]    Ninety-nine percent or more of the equity interest in each entity organized under the laws of Mexico (each, an "**MX Entity**") is held by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), and one percent or less of the equity interest in each MX Entity is held by a second entity or individual.  Mexican law does not permit its corporate entities to be wholly-owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name  Dolphin Austral Holdings, S.A. de C.V.

United States Bankruptcy Court for the: _____ District of Delaware
_____ (State)

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  To be provided | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _____    Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _Dolphin Austral Holdings, S.A. de C.V._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration _Corporate Ownership Statement and List of Equity Security Holders_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/31/2025_          ✗ /s/ Steven Robert Strom
MM / DD / YYYY                      _____
                                   Signature of individual signing on behalf of debtor

                                   Steven Robert Strom
                                   _____
                                   Printed name

                                   Authorized Person
                                   _____
                                   Position or relationship to debtor